No. 695.   LOBER ET AL., EXECUTORS, *v.* UNITED STATES. Court of Claims.   Certiorari granted.   *David Stock* for petitioners.   *Acting Solicitor General Stern, Assistant Attorney General Holland, Ellis N. Slack* and *Elizabeth B. Davis* for the United States.

No. 715.   WILKO *v.* SWAN ET AL., DOING BUSINESS AS HAYDEN STONE & CO., ET AL.   C. A. 2d Cir.   Certiorari granted.   *Henry E. Mills* and *Richard H. Wels* for petitioner.   *Leonard P. Moore* and *Francis E. Koch* for respondents.   *Acting Solicitor General Stern, Roger S. Foster* and *Alexander Cohen* filed a brief for the Securities and Exchange Commission, as *amicus curiae,* urging that the petition for a writ of certiorari be granted.

No. 697.   McDOUGALL *v.* UNITED STATES CIVIL SERVICE COMMISSION ET AL.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied. Petitioner *pro se.   Acting Solicitor General Stern, Assistant Attorney General Burger* and *Samuel D. Slade* for respondents.

No. 706.   MAYS *v.* BOWERS, COLLECTOR OF INTERNAL REVENUE.   C. A. 4th Cir.   Certiorari denied.   *John H. Lumpkin* and *John C. Bruton* for petitioner.   *Acting Solicitor General Stern, Assistant Attorney General Holland, Ellis N. Slack* and *Helen Goodner* for respondent.

No. 722.   JAMES *v.* SHAUGHNESSY, DISTRICT DIRECTOR OF IMMIGRATION AND NATURALIZATION SERVICE.   C. A. 2d